UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JARECA LEE, on behalf of J.L.,                :
                  Plaintiff,        :
v.                                            :        **ORDER**
                                                :
THE CITY SCHOOL DISTRICT OF THE               :        21 CV 10973 (VB)
CITY OF NEW ROCHELLE,                         :
                  Defendant.        :
--------------------------------------------------------------x

      By letter dated July 22, 2022, plaintiff, who is proceeding pro se and in forma pauperis, with defendant's consent, requested an extension of her time to oppose defendant's motion to dismiss to September 8, 2022. (Doc. #29). Plaintiff's application is GRANTED.

      In addition, plaintiff's July 22 letter requests, with defendant's consent, that this case be referred to the assigned magistrate judge for a settlement conference. By separate order, this case will be referred to Magistrate Judge Paul E. Davison for a settlement conference. Within five days of the completion of the settlement conference, counsel for defendant shall file a joint letter with the Court regarding the status of settlement discussions.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 26, 2022
      White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge