```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JARECA LEE,
                Plaintiff,

v.

THE CITY SCHOOL DISTRICT OF THE
CITY OF NEW ROCHELLE,
                Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

21 CV 10973 (VB)

9-13-22

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 13, 2022. To be clear, any application to restore the action must be filed by October 13, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

The Clerk is instructed to close this case.

Dated: September 13, 2022
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti
_____
Vincent L. Briccetti
United States District Judge